✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**GARY DWAYNE WHITFIELD**

Crim. No. 4:17-CR-56-001(CDL)

On July 17, 2024, the supervised release period of 5 years commenced. Gary Whitfield has complied with the rules and regulations of supervised release; has met the criteria for early termination, as outlined in the *Guide to Judiciary Policy*, Volume 8, Part E (Post-Conviction Supervision) [Monograph 109], Chapter 3, as approved by the Administrative Office of the United States Courts; and is no longer in need of supervision. It is accordingly recommended that Gary Whitfield be discharged from supervision.

Respectfully submitted,

Joseph D. Campbell
U.S. Probation Officer, Firearms Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 12th day of November, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA